## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COURTNEY TAYLOR, on behalf of herself and others similarly situated, | : | Case 3:24-cv-02835-N |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIP CAPITAL GROUP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

### NOTICE OF SETTLEMENT

Plaintiff Taylor hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

Dated: October 6, 2025

Respectfully submitted,

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed, Esq.
Texas Bar No. 24082001
539 W. Commerce St. #1899
Dallas, Texas 75208
Tel: (972) 767-9099
nayeem@nnmpc.com

*Counsel for Plaintiff and the putative classes*